| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 2:12-CR-00185-DSF-1 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00066-CDS-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central of California | DIVISION Western |
|---|---|---|
| Mr. Jerome Keith Holloway Las Vegas, Nevada | NAME OF SENTENCING JUDGE Dale S. Fischer | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM October 11, 2024   TO October 10, 2027 |

[Stamp: ✓ FILED — RECEIVED — ENTERED — SERVED ON — MAR 18 2025 — CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA — BY: AMMi DEPUTY]

**OFFENSE**
Assault with Intent to Commit Murder, in violation of 18 U.S.C. §113(a)(1), as charged in Count 1

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Holloway resides in Nevada where he has ties, and he has no intention to return to the Central District of California. The District of Nevada Probation Office requested jurisdiction so they can address violation conduct in their district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____ CENTRAL ____ DISTRICT OF ____ CALIFORNIA ____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 13, 2025
*Date*

*[signature]* Dale S. Fischer
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____ Nevada ____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 21, 2025
*Effective Date*

*[signature]* Cristina D. Silva, United States District Judge